2

■

155 A.3d 890

**BURAK**

v.

**BURAK**

**Pet. Docket No. 572, Sept. Term, 2016**

Court of Appeals of Maryland.

March 3, 2017

Reported below: 231 Md.App. 242, 150 A.3d 360.

Petition for writ of certiorari granted

■

155 A.3d 890

**SCHNEIDER ELECTRIC BUILDINGS CRITICAL SYSTEMS**

v.

**WESTERN SURETY**

**Pet. Docket No. 559, Sept. Term, 2016**

Court of Appeals of Maryland.

March 3, 2017

Reported below: 231 Md.App. 27, 149 A.3d 778.

Petition for writ of certiorari granted